UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA A. SANSON,

          Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, GOTHAM HEALTH FQHC, INC., SYDENHAM RENAISSANCE HEALTH HOSPITAL, RENAISSANCE HEALTH CARE NETWORK, INC., GREGORY ATWATER, individually and in his Official Capacity, INDRAMATTIE HARRILALL, individually and in her Official Capacity, DEBORAH R. HABRY, individually and in her Official Capacity,

          Defendants.

19 Civ. 2569 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 17, 2019, Plaintiff accepted Defendants' offer of judgment, ECF No. 34, pursuant to the Federal Rule of Civil Procedure 68(a). ECF No. 33.

    On October 4, 2019, the Court held that Plaintiff accepted Defendants' offer of judgment without modification of its terms. ECF No. 37. On October 29, 2019, Plaintiff submitted a proposed judgment, ECF No. 39, that inserted additional language that the Court previously held was not part of the acceptance of the offer of judgment.

    On October 30, 2019, the Court ordered the parties to jointly submit a proposed Rule 68 judgment. ECF No. 41. On November 6, 2019, Plaintiff submitted a letter stating that the parties were unable to agree to a joint proposed order. ECF No. 42.

    Accordingly, it is hereby ORDERED that Defendant submit a proposed Rule 68(a) judgment by **November 20, 2019**, with terms identical to its offer of judgment at ECF No. 34.

    SO ORDERED.

Dated: November 13, 2019
       New York, New York

ANALISA TORRES
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2019