USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/27/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SANDRA A. SANSON,

                Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, GOTHAM HEALTH FQHC, INC., SYDENHAM RENAISSANCE HEALTH HOSPITAL, RENAISSANCE HEALTH CARE NETWORK, INC., GREGORY ATWATER, individually and in his Official Capacity, INDRAMATTIE HARRILALL, individually and in her Official Capacity, DEBORAH R. MABRY, individually and in her Official Capacity,

                Defendants.

19 Civ. 2569 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' letters at ECF Nos. 44, 46, and 47, it is hereby ORDERED that, by **December 4, 2019**, the parties shall submit a joint letter advising the Court as to whether the parties wish to be referred to the Magistrate Judge for a settlement conference.

    SO ORDERED.

Dated: November 27, 2019
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge