

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**NATALIE S. MARCUS**
*Assistant Corporation Counsel*
Phone: (212) 356-2629
Fax: (212) 356-2439
Room 2-197
E-mail: nmarcus@law.nyc.gov
(E-Mail and Fax No. **Not** For Service Of Papers)

December 13, 2019

**BY ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Sanson v. City of New York, et al.*
19 Civ. 2569 (AT)

Dear Judge Torres:

I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for the served defendants in the above-referenced action.[1] I submit letter in response to the Court's December 13, 2019 order noting that a case management conference is scheduled for December 17, 2019. *See* Dkt. No. 53. Due to a calendaring error, defense counsel is not available on that day because counsel is scheduled to take a deposition in another matter. Defense counsel respectfully requests that the conference be adjourned to another date. Defense counsel is unavailable on the morning of December 18, 2019, as counsel has a court conference scheduled in another matter.

Respectfully submitted,

/s/Natalie S. Marcus
Natalie S. Marcus
Assistant Corporation Counsel

GRANTED. The case management conference scheduled for December 17, 2019 is ADJOURNED to **December 18, 2019**, at **3:15 p.m.**

SO ORDERED.

Dated: December 13, 2019
New York, New York

ANALISA TORRES
United States District Judge