```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SANDRA A. SANSON,

                                    Plaintiff,     RULE 68 JUDGMENT

        -against-                                  19-CV-2569 (AT)

CITY OF NEW YORK, NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION, GOTHAM HEALTH
FQHC, INC., SYDENHAM RENAISSANCE HEALTH
HOSPITAL, RENAISSANCE HEALTH CARE
NETWORK, INC., GREGORY ATWATER, individually
and in his Official Capacity, INDRAMATTIE HARRILALL,
individually and in her Official Capacity, DEBORAH R.
MABRY, individually and in her Official Capacity.

                                    Defendants.
------------------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2020

**WHEREAS**, plaintiff Sandra A. Sanson ("plaintiff") has alleged against defendants violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000, *et seq.*, the Age Discrimination in Employment Act of 1967, 29 U.S.C. §623, *et seq.*, the New York State Human Rights Law, and the New York City Human Rights Law; and

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, plaintiff has accepted defendants' Offer of Judgment, dated September 6, 2019, taking judgment against the City of New York, New York City Health and Hospitals Corporation, Gotham Health FQHC, Inc., Sydenham Renaissance Health Hospital, and Renaissance Health Care Network, Inc., in the above-captioned action ("this action") in the gross amount of twenty five thousand and one dollars (25,001.00) in back pay, less all applicable deductions and withholdings, plus reasonable attorneys' fees, expenses, and costs accrued to date, for all claims that have been, or could been asserted in the complaint in this action to the date of this offer, for plaintiff's claims;

**WHEREAS**, this judgment shall be in full satisfaction of all federal and state law claims or rights that plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants, both served and unserved, the City of New York, New York City Health and Hospitals Corporation, Gotham Health FQHC, Inc., Sydenham Renaissance Health Hospital, Renaissance Health Care Network, Inc., Gregory Atwater, Indramattie Harrilall, and Deborah R. Mabry, or any official, employee, or agent, either past or present, of the City of New York, any agency thereof, or the New York City Health and Hospitals Corporation, any agency thereof, Gotham Health FQHC, Inc., Sydenham Renaissance Health Hospital, and Renaissance Health Care Network, Inc., in connection with the facts and circumstances that are the subject of the complaint in this action and is not to be construed as an admission of liability by Defendants or any official, employee, or agent of the City of New York, or any agency thereof, or the New York City Health and Hospitals Corporation, or any agency thereof, Gotham Health FQHC, Inc., Sydenham Renaissance Health Hospital, and Renaissance Health Care Network, Inc., nor is it an admission that plaintiff has suffered any damages;

**WHEREAS**, this judgment also will operate to waive plaintiff's rights to any claim for interest on the amount of the judgment and will act to release and discharge defendants, both served and unserved, the City of New York, New York City Health and Hospitals Corporation, Gotham Health FQHC, Inc., Sydenham Renaissance Health Hospital, Renaissance Health Care Network, Inc., Gregory Atwater, Indramattie Harrilall, and Deborah R. Mabry, their successors or assigns, and all past and present officials, employees, representatives and agents of the City of New York or any agency thereof, New York City Health and Hospitals Corporation or any agency thereof, Gotham Health FQHC, Inc., Sydenham Renaissance Health Hospital, Renaissance Health Care Network, Inc., Gregory Atwater, Indramattie Harrilall, and Deborah R.

Mabry, from any and all claims that were or could have been alleged by plaintiff in the above-captioned action.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that pursuant to Rule 68 of the Federal Rules of Civil Procedure, plaintiff takes judgment against defendants City of New York, New York City Health and Hospitals Corporation, Gotham Health FQHC, Inc., Sydenham Renaissance Health Hospital, and Renaissance Health Care Network in this action in the gross amount of twenty-five thousand and one dollars (25,001.00) in back pay, less all applicable deductions and withholdings, plus reasonable attorneys' fees, expenses, and costs in an amount to be determined by the Court.

Dated: February  18 , 2020
        New York, New York

SO ORDERED:

_____
U.S. District Judge Analisa Torres